UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DUPREE DEAN, JR.,<br><br>        Plaintiff,<br><br>   v.<br><br>SACRAMENTO COUNTY,<br><br>        Defendant. | No. 2:24-cv-0139 AC P<br><br>ORDER |

     By an order filed January 14, 2025, plaintiff was ordered to file a certified copy of his jail trust account statement and was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 6. The thirty-day period has now expired, and plaintiff has not filed a copy of his jail trust account statement. Plaintiff will be given one final opportunity to submit the necessary documentation.

     Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, plaintiff shall submit a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: March 4, 2025

                                                                         ALLISON CLAIRE<br>                                                                         UNITED STATES MAGISTRATE JUDGE