UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DUPREE DEAN, JR., | No. 2:24-cv-0139 AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, | |
| Defendant. | |

Plaintiff, a county prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and state tort law. By order filed March 6, 2025, plaintiff's complaint was screened and he was given the option of amending the complaint or proceeding immediately on cognizable claims only. ECF No. 10. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 12.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the March 6, 2025 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint, as screened, and it will be recommended that the Doe defendants and negligent infliction of emotional distress claim against defendant Sacramento County be dismissed without prejudice.

////

1

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: March 19, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE